### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER ROBERTSON, and SARA ROBERTSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 16-CV-25-GKF-FHM |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Stipulation for Order of Dismissal with Prejudice [Doc. No. 28]. The parties state that the above-captioned matter has been compromised and settled. Under Fed. R. Civ. P. 41(a)(2), an action may be dismissed by court order on terms the court deems proper. In light of settlement and the parties' proposed stipulated dismissal, the court finds dismissal with prejudice appropriate here.

WHEREFORE, the Stipulation for Order of Dismissal with Prejudice [Doc. No. 28] is granted and this action is dismissed with prejudice.

IT IS SO ORDERED this 10th day of February, 2017.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT